```
EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG  CA BAR #163443
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 6 2005

at 12 o'clock and 08 min. __M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO.   04-00475 SOM |
|---|---|---|
| Plaintiff, | ) | FIRST SUPERSEDING INDICTMENT |
| v. | ) | |
| LIUGALUA VAITAUTOLU, JR., | ) | [21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)] |
| Defendant. | ) | |

## FIRST SUPERSEDING INDICTMENT

The Grand Jury charges that:

On or about December 3, 2004, in the District of Hawaii, defendant, LIUGALUA VAITAUTOLU, JR., did knowingly and intentionally possess, with intent to distribute, 5 grams or more, to wit: approximately 42.3 grams, of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.



All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

Dated: January 26, 2005, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
MARK A. INCIONG
Assistant U.S. Attorney


United States v. Liugalua Vaitautolu, Jr.
First Superseding Indictment
CR. No. 04-00475 SOM

2