EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI, #2286
Chief, Narcotics Section

MARK A. INCIONG, CA BAR #163443
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00475 JMS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL |
| vs. | ) | OF SPECIAL INFORMATION |
| | ) | |
| LIUGALUA VAITAUTOLU, JR., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL OF SPECIAL INFORMATION

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Special Information as to Prior Drug Conviction, filed February 3, 2005, against Defendant Vaitautolu.

      DATED:    January 10, 2006, at Honolulu, Hawaii.

                          EDWARD H. KUBO, JR.
                          United States Attorney
                          District of Hawaii


                          By /s/ Mark A. Inciong
                            MARK A. INCIONG
                            Assistant U.S. Attorney


Leave of court is granted for the filing of the foregoing dismissal.

      IT IS SO ORDERED.

      DATED: Honolulu, Hawaii, January  17 , 2006.


                            /s/ J. Michael Seabright
                          J. Michael Seabright
                          United States District Judge


United States v. Vaitautolu, CR. No. 04-0475 JMS;
Order for Dismissal of Special Information